UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN PACHECO, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ST. LUKE'S EMERGENCY )<br>ASSOCIATES, P.C., SAM SHEN, )<br>BRENDEN HAYDEN, and )<br>MAUREEN PETERSON, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 12-10214-NMG |

### REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTIONS FOR REMAND AND FOR SANCTIONS

June 5, 2012

DEIN, U.S.M.J.

### I. INTRODUCTION

The plaintiff, Sean Pacheco, was employed by the defendant, St. Luke's Emergency Associates, Inc. ("SLEA"), as a physician's assistant pursuant to an employment agreement dated May 12, 2011 (the "Employment Agreement").[1] He has brought an action against SLEA and several of its officers and employees alleging that he is owed wages and benefits, and that his employment was wrongfully terminated. Suit was originally filed on December 19, 2011 in the Bristol County Superior Court in accordance with a forum selection clause in the Employment Agreement, which provides that

---

*After consideration of plaintiff's objection thereto,*

[1] A copy of the Complaint ("Compl.") is included in Docket No. 4, the state court record. The Employment Agreement is attached to the Complaint as Exhibit A.

*Report and Recommendation accepted and adopted.*

*/s/ NMGorton, USDJ  7/18/12*